UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGENT INSURANCE CO., | )<br>)<br>) |
| Plaintiff, | ) No. 4:14-CV-1759 RLW<br>) |
| v. | )<br>) |
| INTEGRATED PAIN MANAGEMENT, S.C., ET AL., | )<br>)<br>) |
| Defendants. | )<br>) |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Motion to Consolidate (ECF No. 35). Defendants assert that this action should be consolidated with *The Cincinnati Insurance Company v. Dr. Tian Xia, individually and d/b/a Integrated Pain Management, Tian Medical, Inc., Tian Medical, LLC, and Michael Zimmer, D.C., P.C.*, Cause Number 4:15CV236 ("the Cincinnati Suit"). Defendants are defendants in this action and in the Cincinnati Suit, both of which seek declaratory judgment as to whether there is insurance coverage for an underlying tort lawsuit. Defendants argue that that the instant action and the Cincinnati Suit should be consolidated because they arise out of the same alleged transactions and occurrences. Plaintiff indicated that it has no opposition to this Motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Consolidate (ECF No. 35) is **GRANTED**. The Clerk of the Court shall resassign *The Cincinnati Insurance Company v. Dr. Tian Xia, individually and d/b/a Integrated Pain Management, Tian Medical, Inc., Tian Medical, LLC, and Michael Zimmer, D.C., P.C.*, Cause Number 4:15CV236 to this Court for full

disposition. The Clerk shall docket a copy of this Memorandum and Order in both this action and in the Cincinnati Suit.

**IT IS FINALLY ORDERED** that the parties shall file any future filings in this action, which is the lower case number

Dated this 11th day of December, 2015.

                                                                                     /s/ Ronnie L. White
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**